AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| TCO THE FINAL CHAPTER, LLC, a Nevada limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>VIVA PICTURES, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>*Defendant(s)* | Civil Action No. 2:16-cv-03748 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  VIVA PICTURES, LLC,
1539 Westwood Boulevard
Los Angeles, CA 90024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ERIC J. LORENZINI, State Bar No. 218433
elorenzini@elkinskalt.com
ELLIOT J. SIEGEL, State Bar No. 286798
esiegel@elkinskalt.com
2049 Century Park East, Suite 2700, Los Angeles, California  90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*