ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ERIC J. LORENZINI, State Bar No. 218433
  *elorenzini@elkinskalt.com*
ELLIOT J. SIEGEL, State Bar No. 286798
  *esiegel@elkinskalt.com*
2049 Century Park East, Suite 2700
Los Angeles, California  90067-3202
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Plaintiff TCO THE FINAL CHAPTER, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TCO THE FINAL CHAPTER, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VIVA PICTURES, LLC, a California limited liability company, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE No. 2:16-CV-03748-AB-MRW<br>[Assigned to the Hon. Andre Birotte, Jr.]<br><br>[~~PROPOSED~~] **ORDER RE: DISMISSAL OF ACTION**<br><br><br>Complaint Filed:   May 27, 2016 |

## **ORDER**

THE COURT having been advised by counsel that the parties to the above-entitled action require additional time to finalize their settlement agreement;

**IT IS THEREFORE ORDERED** that the parties have an additional 30 days from the date of this Order to reopen the action, upon a showing of good cause, if the settlement remains unconsummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: January 19, 2017

_____
The Honorable André Birotte Jr.
United States District Judge

712965v1

ORDER