ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ERIC J. LORENZINI, State Bar No. 218433
 *elorenzini@elkinskalt.com*
ELLIOT J. SIEGEL, State Bar No. 286798
 *esiegel@elkinskalt.com*
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Plaintiff TCO THE FINAL CHAPTER, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| TCO THE FINAL CHAPTER, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VIVA PICTURES, LLC, a California limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE No. 2:16-CV-03748-AB-MRW<br>[Assigned to the Hon. André Birotte Jr.]<br><br>**[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Complaint Filed: May 27, 2016 |

723019v1

# [PROPOSED] ORDER

THE COURT has considered the Parties' Joint Stipulation Requesting Entry of an Order Dismissing Action with Prejudice and Retaining Jurisdiction to Enforce Settlement Agreement.

**IT IS THEREFORE ORDERED** that

1. This Action is dismissed with prejudice.
2. Notwithstanding the dismissal, the Court retains jurisdiction to enforce the Parties' settlement agreement, dated February 10, 2017 (the "Settlement Agreement").
3. Each party shall bear its own fees and costs.

DATED: February 16, 2017    _____
The Honorable André Birotte Jr.
United States District Judge